IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLOYD DEMETRIUS GRICE,
    Petitioner,

vs.                                            Case No.: 5:18cv73/MCR/EMT

WARDEN THOMAS,
    Respondent,
_____/

## REPORT AND RECOMMENDATION

      Petitioner, an inmate of the Florida Department of Corrections proceeding pro se and in forma pauperis, commenced this action by filing a petition for writ of habeas corpus (ECF No. 1). Petitioner filed an amended petition, but it was not on the court-approved form as required by the Court's Local Rules (*see* ECF No. 3). *See* N.D. Fla. Loc. R. 5.7(A). Therefore, the court issued an order directing Petitioner to file his habeas petition on the court-approved form for use in habeas petitions filed under 28 U.S.C. § 2254 (*see* ECF No. 6). Petitioner complied with the court's order by filing a Second Amended Petition on April 18, 2018 (ECF No. 9). On May 4, 2018, the court served the petition upon Respondent and set a ninety-day deadline for Respondent to file an answer (ECF No. 17). On May 14, 2018, the court received Petitioner's motion to withdraw his Second Amended Petition and to "resubmit" it (ECF No. 23). On May 18, 2018, the court granted Petitioner's motion and ordered

Petitioner to file, within thirty (30) days, a Second Amended Petition on the court-approved form (*see* ECF No. 26).

Petitioner failed to file a Second Amended Petition by the court-ordered deadline; therefore, on June 25, 2018, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 29).  The time for compliance with the show cause order has now elapsed.  Petitioner has not submitted a Second Amended Petition on the court-approved form.  Further, neither Petitioner's initial habeas petition nor his first Amended Petition were submitted on the court-approved form (*see* ECF Nos. 1, 3).  As Petitioner was previously advised, the Local Rules for this Court provide, "The Court need not—and ordinarily will not—consider a [pro se] petition . . . that is not filed on the proper form." N.D. Fla. Loc. R. 5.7(A).  Therefore, this habeas action is due to be dismissed based upon Petitioner's failure to comply with the court's order directing him to file a Second Amended Petition on the court-approved form.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

2. That all pending motions be **DENIED as moot**.

At Pensacola, Florida, this 7th day of August 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.